


HOLME ROBERTS & OWEN LLP
George M. Haley, #1302
Robert L. Stolebarger, #3123
Jessica L. Dillon, #7879
111 East Broadway, Suite 1100
Salt Lake City, Utah 84111
Telephone: (801) 521-5800
Facsimile: (801) 521-9639

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| WILHELM and CHRISTIANE BORNSCHEIN, German citizens, and ERSTE BANK der OSTERREICHISCHEN SPARKASSEN AG, an Austrian corporation,<br><br>Plaintiffs,<br><br>v.<br><br>GERARD PHILLIP BIEMER, a United States citizen; GLOBAL SUPPORT SERVICES, INC., a/k/a GSSUSA, Inc., a Nevada corporation; *nominally* EUROGAS, Inc., a Utah corporation; FRIEDRICH F. HERRLING; URSULA M. GRETE-HERRLING; HORST HENSCHEL; MARKUS HERRLING; ALEXANDER HERRLING; JOHN DOES 1 THROUGH 10; *nominally* CHARLES SCHWAB & CO., a California corporation; and *In Rem* concerning THOSE CERTAIN SHARES OF STOCK IN EUROGAS, INC., AND/ OR PROCEEDS FROM THE SALE OF SAME HELD IN ACCOUNTS NOS. 4310-2232, 4310-2234, 3715-0660, 3715- | **SCHEDULING ORDER**<br><br>Case No. 2:98CV0422J<br><br>Judge Bruce S. Jenkins |

#62701

```
0658, 1335-1170, 4310-1070, 4288-4721,  )
and 4310-2237 at CHARLES SCHWAB         )
& CO.                                   )
                                        )
            Defendants.                 )
                                        )
```

This matter came on for a scheduling conference before the Honorable Bruce S. Jenkins on November 23, 1998 at 1:30 p.m. Robert L. Stolebarger of Holme Roberts & Owen, LLP appeared as counsel for Plaintiffs. David R. King of Kruse, Landa & Maycock appeared as counsel for defendant EuroGas, Inc. Julian D. Jensen of Jensen, Duffin, Carman, Dibb & Jackson appeared as counsel for defendants Gerard Biemer, Global Support Services, Inc., a/k/a GSSUSA, Inc., Friedrich Herrling, Ursula Herrling, Markus Herrling, Alexander Herrling, and Horst Henschel.[1] Prior to the scheduling conference, the parties submitted an Attorneys' Rule 26(f) Planning Meeting Report, setting forth agreed-upon dates pertaining to pleading, discovery, motions and trial. Based upon the Attorneys' Rule 26(f) Planning Meeting Report, and good cause shown thereby, the Court hereby establishes the following deadlines in this case:

1.  **Discovery Deadlines**

- The parties will exchange the information required by Rule 26(a)(1)(A)-(D) (initial disclosures) on or before January 6, 1999.

- All discovery will be completed no later than November 5, 1999.

- Pursuant to Rule 26(a)(2), reports from retained experts will be disclosed no later than November 5, 1999. Reports from rebuttal experts will be disclosed no later than December 6, 1999.

---

[1] Given the parties' stipulation to dismiss Charles Schwab & Co. from the present litigation, counsel for Charles Schwab & Co. was not present at the Scheduling Conference.

#62701                                    2

- Supplementation of discovery responses, as required by Rule 26(e), must be made no later than 60 days prior to trial.

**2.   Motions and Trial Schedule**

- The cutoff date for amending pleadings is January 22, 1999.

- The cutoff date for filing dispositive or potentially dispositive motions is January 6, 2000 (60 days after the close of discovery).

- Pursuant to Rule 26(a)(3), final lists of witnesses and exhibits are due 30 days before trial.

- Pursuant to Rule 26(a)(3), the parties will have 14 days after service of final lists of witnesses and exhibits to list objections to such materials.

- A pretrial conference is scheduled for February 28, 2000 at 1:30 p.m. Counsel will file suggested pretrial orders no later than February 24, 2000.

*as signed by each of the attorneys*

DATED this 7th day of Dec, 1998.

BY THE COURT:

By: /s/ Bruce S. Jenkins
Honorable Bruce S. Jenkins
United States District Court

#62701                                                3

APPROVED AS TO FORM:

KRUSE, LANDA & MAYCOCK

_____
David R. King


PARR, WADDOUPS, BROWN,
GEE & LOVELESS

_____
Robert B. Lochhead


JENSEN, DUFFIN, CARMAN,
DIBB & JACKSON

_____
Julian D. Jensen

#62701                                    4

```
                                                               jag
                  United States District Court
                           for the
                       District of Utah
                      December 8, 1998


              * * MAILING CERTIFICATE OF CLERK * *


Re:  2:98-cv-00422



True and correct copies of the attached were mailed by the clerk to the
following:


     Mr. George M. Haley, Esq.
     HOLME ROBERTS & OWEN LLC
     111 E BROADWAY STE 1100
     SALT LAKE CITY, UT   84111

     Mr. Robert L Stolebarger, Esq.
     HOLME ROBERTS & OWEN LLC
     111 E BROADWAY STE 1100
     SALT LAKE CITY, UT   84111
     FAX 9,5219639

     Mr. Julian D Jensen, Esq.
     311 S STATE ST STE 380
     SALT LAKE CITY, UT   84111

     Mr. Robert B. Lochhead, Esq.
     PARR WADDOUPS BROWN GEE & LOVELESS
     185 S STATE ST STE 1300
     PO BOX 11019
     SALT LAKE CITY, UT   84147
     JFAX 9,5327750
```