JULIAN D. JENSEN (1679)
JENSEN, DUFFIN, CARMAN, DIBB & JACKSON
Attorney for Certain Defendants
311 South State, Suite 380
Salt Lake City, Utah 84111
Telephone: (801) 531-6600

RECEIVED
MAY 12 1999
OFFICE OF U.S. DISTRICT JUDGE
BRUCE S. JENKINS

RECEIVED CLERK
MAY 12 1999
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| WILHELM and CHRISTIANE BORNSCHEIN, German citizens, and ERSTE BANK der OSTERREICHISCHEN SPARKASSEN AG, an Austrian corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>GERARD PHILLIP BIEMER, a United States citizen, GLOBAL SUPPORT SERVICES, INC., a/k/a GSSUA, Inc., a Nevada corporation; *nominally* EUROGAS, Inc., a Utah corporation; FRIEDRICH F. HERRLING; URSULA M. GRETE-HERRLING; HORST HENSCHEL; MARKUS HERRLING; ALEXANDER HERRLING; JOHN DOES 1 THROUGH 10; *nominally* CHARLES SCHWAB & CO., a California corporation; and *In Rem* concerning THOSE CERTAIN SHARES OF STOCK IN EUROGAS, INC., AND/OR PROCEEDS FROM THE SALE OF SAME HELD ACCOUNTS NOS. 4310-2232, 4310-2234, 3715-0660, 3715-0658, 1335-1170, 4310-1070, 4288-4721, and 4310-2237 at CHARLES SCHWAB & CO.<br><br>Defendants. | **EX. PARTE ORDER OF WITHDRAWAL OF COUNSEL FOR DEFENDANT GERARD BIEMER, GLOBAL SUPPORT SERVICES, INC., GSSUA, INC.**<br><br><br>CASE NO. 2:98CV 0422J<br><br>Judge: Hon. Bruce Jenkins |

1

29

The Court having reviewed the Ex Parte Motion of counsel for the defendants Gerard Biemer, Global Support Services, Inc., GSSUA, Inc., requesting a right of withdrawal based upon a conflict of interest arising between one or more of the named defendants previously represented by this counsel; the Court having found good cause in support of such petition and that the same being supported by the knowing consent of the named defendant and affiliated business entities as listed above; now makes and enters the following Order:

IT IS ORDERED ADJUDGED AND DECREED THAT:

Mr. Julian D. Jensen and the firm of Jensen, Duffin, Carman, Dibb & Jackson is herewith granted a withdrawal of record as counsel for the defendants Gerard Biemer, Global Support Services, Inc., GSSUA, Inc. The Court notes that a substitution of counsel has occurred for all other named defendants previously represented by Mr. Jensen. Therefore, Mr. Jensen is herewith fully discharged from any further appearance or representation in this proceeding. The Court further Orders the above named individual defendant to appear in person or by counsel within the next 15 days and the corporate defendants to appear by counsel within such time should they desire to be further represented in this proceeding.

Done this _14_ of May, 1999.

BY THE COURT;

_____
Hon. Bruce S. Jenkins
U.S. District Judge

Biemer3/biemorde.ans

2

```
                                                                  jag
                    United States District Court
                              for the
                         District of Utah
                          May 13, 1999


              * * MAILING CERTIFICATE OF CLERK * *


Re:  2:98-cv-00422



True and correct copies of the attached were mailed by the clerk to the
following:


     Mr. George M. Haley, Esq.
     HOLME ROBERTS & OWEN LLC
     111 E BROADWAY STE 1100
     SALT LAKE CITY, UT  84111

     Mr. Robert L Stolebarger, Esq.
     HOLME ROBERTS & OWEN LLC
     111 E BROADWAY STE 1100
     SALT LAKE CITY, UT  84111
     JFAX 9,5219639

     Mr. Julian D Jensen, Esq.
     311 S STATE ST STE 380
     SALT LAKE CITY, UT  84111

     Mr. Robert Meredith, Esq.
     124 SOUTH 600 EAST 100
     SALT LAKE CITY, UT  84102
     JFAX 9,5213731

     Mr. Robert B. Lochhead, Esq.
     PARR WADDOUPS BROWN GEE & LOVELESS
     185 S STATE ST STE 1300
     PO BOX 11019
     SALT LAKE CITY, UT  84147
     JFAX 9,5327750
```