U.S. DISTRICT COURT
JULIAN D. JENSEN (1679)
JENSEN, DUFFIN, CARMAN, DIBB & JACKSON
Attorney for Certain Defendants
311 South State, Suite 380
Salt Lake City, Utah 84111
Telephone: (801) 531-6600

RECEIVED
MAY 12 1999
OFFICE OF U.S. DISTRICT JUDGE
BRUCE S. JENKINS

FILED
13 MAY 99 AM 9:55
DISTRICT OF UTAH
BY: _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| WILHELM and CHRISTIANE BORNSCHEIN, German citizens, and ERSTE BANK der OSTERREICHISCHEN SPARKASSEN AG, an Austrian corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>GERARD PHILLIP BIEMER, a United States citizen, GLOBAL SUPPORT SERVICES, INC., a/k/a GSSUA, Inc., a Nevada corporation; *nominally* EUROGAS, Inc., a Utah corporation; FRIEDRICH F. HERRLING; URSULA M. GRETE-HERRLING; HORST HENSCHEL; MARKUS HERRLING; ALEXANDER HERRLING; JOHN DOES 1 THROUGH 10; *nominally* CHARLES SCHWAB & CO., a California corporation; and *In Rem* concerning THOSE CERTAIN SHARES OF STOCK IN EUROGAS, INC., AND/OR PROCEEDS FROM THE SALE OF SAME HELD ACCOUNTS NOS. 4310-2232, 4310-2234, 3715-0660, 3715-0658, 1335-1170, 4310-1070, 4288-4721, and 4310-2237 at CHARLES SCHWAB & CO.<br><br>Defendants. | **EX PARTE ORDER APPROVING SUBSTITUTION OF COUNSEL FOR CERTAIN NAMED DEFENDANTS.**<br><br><br>CASE NO. 2:98CV 0422J<br><br>Judge: Hon. Bruce Jenkins |

1

30

The Court having reviewed the Joint Motion for substitution of counsel for the defendants: Friedrich F. Herrling, Ursula M. Grete-Herrling, Horst Henschel, Markus Herrling, and Alexander Herrling as signed by both the withdrawing counsel and the new counsel appearing of record and as consented to by the principal Herrling defendant, and good cause in support thereof having been demonstrated to the court;

IT IS ORDERED ADJUDGED AND DECREED THAT:

Robert O. Meredith is herewith allowed to substitute as counsel of record for the defendants; Friedrich F. Herrling, Ursula M. Grete-Herrling, Horst Henschel, Markus Herrling, and Alexander Herrling and the Court herewith allows the withdrawal of record of Julian D. Jensen as counsel for these named defendants.

Done this 12 day of May, 1999.

By the Court:

_____
Hon. Bruce S. Jenkins
U.S. District Judge

2

```
                                                                    jag
                       United States District Court
                                 for the
                            District of Utah
                            May 13, 1999


                    * * MAILING CERTIFICATE OF CLERK * *


Re:   2:98-cv-00422



True and correct copies of the attached were mailed by the clerk to the
following:


      Mr. George M. Haley, Esq.
      HOLME ROBERTS & OWEN LLC
      111 E BROADWAY STE 1100
      SALT LAKE CITY, UT  84111

      Mr. Robert L Stolebarger, Esq.
      HOLME ROBERTS & OWEN LLC
      111 E BROADWAY STE 1100
      SALT LAKE CITY, UT  84111
      JFAX 9,5219639

      Mr. Robert Meredith, Esq.
      124 SOUTH 600 EAST 100
      SALT LAKE CITY, UT  84102
      JFAX 9,5213731

      Mr. Robert B. Lochhead, Esq.
      PARR WADDOUPS BROWN GEE & LOVELESS
      185 S STATE ST STE 1300
      PO BOX 11019
      SALT LAKE CITY, UT  84147
      JFAX 9,5327750

      Mr. Julian D Jensen, Esq.
      311 S STATE ST STE 380
      SALT LAKE CITY, UT 84111
```