

FILED
CLERK'S...
31 AUG 99 AM 9:56
DIST... UTAH
BY:_____
DEPUTY CLERK

HOLME ROBERTS & OWEN LLP
George M. Haley, #1302
Robert L. Stolebarger, #3123
Jenniffer Nelson, #7947
111 East Broadway, Suite 1100
Salt Lake City, Utah 84111
Telephone: (801) 521-5800
Facsimile: (801) 521-9639

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| WILHELM and CHRISTIANE BORNSCHEIN, German citizens, and ERSTE BANK der OSTERREICHISCHEN SPARKASSEN AG, an Austrian corporation, <br><br> Plaintiffs, <br><br> v. <br><br> GERARD PHILLIP BIEMER, a United States citizen; GLOBAL SUPPORT SERVICES, INC., a/k/a GSSUSA, Inc., a Nevada corporation; *nominally* EUROGAS, Inc., a Utah corporation; FRIEDRICH F. HERRLING; URSULA M. GRETE-HERRLING; HORST HENSCHEL; MARKUS HERRLING; ALEXANDER HERRLING; JOHN DOES 1 THROUGH 10; and *In Rem* concerning THOSE CERTAIN SHARES OF STOCK IN EUROGAS, INC., AND/OR PROCEEDS FROM THE SALE OF SAME HELD IN ACCOUNTS NOS. 4310-2232, 4310-2234, 3715-0660, 3715-0658, 1335-1170, | ORDER APPROVING SETTLEMENT AGREEMENT AND MUTUAL RELEASE AND REQUIRING THE TRANSFER AND DELIVERY OF STOCK, FUNDS AND OTHER ASSETS. <br><br> Case No. 2:98CV0422J <br><br> Judge Bruce S. Jenkins |

#70168



| | ) |
|---|---|
| 4310-1070, 4288-4721, and 4310-2237 | ) |
| at CHARLES SCHWAB & CO. | ) |
| | ) |
| Defendants. | ) |
| | ) |

Based upon the stipulation of the parties and good cause appearing therefor,

IT IS HEREBY ORDERED:

1. That the Settlement Agreement and Mutual Release entered into by the parties to this action, attached hereto as Exhibit "A" and incorporated herein by reference, be approved and accepted in its entirety and that dismissal of this action shall await the complete performance of the terms and conditions of the Settlement and the filing of Plaintiff's Motion for Dismissal and this Court's approval thereof;

2. That Charles Schwab & Co. is the custodian by prior Order of this Court over the following interplead accounts ("Schwab Accounts"):

| Schwab Account | Named Owner(s) | Date Opened |
|---|---|---|
| 4310-2232 | Friedrich F. Herrling; Ursula M. Grete-Herrling; Gerard Biemer | 3/7/97 |
| 4310-2234 | Friedrich F. Herrling; Gerard Biemer FPOA | 8/13/97 |
| 3715-0660 | Global Support Services, Inc. a/d/a GSSUSA, Inc.; Gerard Phillip Biemer, President & CEO | 4/3/97 |
| 3715-0658 | Global Support Services, Inc.; Gerard Phillip Biemer, President & CEO; Ana Marie Biemer | 3/7/97 |

#70168

2

| 1335-1170 | GSSUSA, Inc.; Gerard Phillip Biemer, President & CEO | 8/29/97 |
| --- | --- | --- |
| 4310-1070 | Alexander Herrling | 8/25/97 |
| 4288-4721 | Horst Henschel | 9/11/97 |
| 4310-2237 | Markus Herrling | 8/25/97 |

3.  That Charles Schwab & Co. should transfer the 130,000 shares of stock in EuroGas, Inc., which are presently held in one of the Schwab Accounts in the name of Global Support Services, Inc., to Plaintiffs' attorney and designee, Christa Schomaker, and the remainder in the Schwab Accounts in the names of Global Support Services, Inc., GSSUSA, Inc., Gerard Phillip Biemer, and/or Ana Marie Biemer, excepting accounts 4310-2232 and 4310-2234, should revert back to the original account holder;

4.  That Charles Schwab & Co. should transfer the cash and/or other items presently held in the Schwab Accounts in the names of Friedrich F. Herrling, Ursula M. Grete-Herrling, Alexander Herrling and Markus Herrling, including accounts 4310-2232 and 4310-2234, less the payment to Charles Schwab & Co. of its attorneys' fees and costs incurred in this matter, not to exceed $4,000, to Christa Schomaker;

5.  That the Schwab Account in the name of Horst Henschel should revert back to the original account holder, Horst Henschel;

6. That upon the completion of the transfers and reversions provided for herein above Charles Schwab & Co. is relieved of any further obligation as, and discharged from the duties and responsibilities of, the custodian of the interplead Schwab Accounts.

DATED this 27 day of August, 1999.

BY THE COURT

HONORABLE BRUCE S. JENKINS

**Approved as to Form:**

HOLME ROBERTS & OWEN

Robert L. Stolebarger
George Haley
Attorneys for Plaintiff

PARR, WADDOUPS, BROWN, GEE & LOVELESS

Brian Lloyd
Attorneys for Defendant Eurogas, Inc.

GLOBAL SUPPORT SERVICES, INC.
aka GSSUSA, INC.

Robert Meredith
Attorney for Friedrich, Ursula, Markus and Alexander Herrling

Gerard P. Biemer, President/CEO

Gerard P. Biemer

#70168

4

6.  That upon the completion of the transfers and reversions provided for herein above Charles Schwab & Co. is relieved of any further obligation as, and discharged from the duties and responsibilities of, the custodian of the interplead Schwab Accounts.

DATED this ___ day of June, 1999.

BY THE COURT

_____
HONORABLE BRUCE S. JENKINS

**Approved as to Form:**

PARR, WADDOUPS, BROWN, GEE
& LOVELESS

_____
Brian Lloyd
Attorneys for Defendant Eurogas, Inc.

GLOBAL SUPPORT SERVICES, INC.
aka GSSUSA, INC.

/s/ Gerard P. Beimer
_____
Gerard P. Beimer, President/CEO.

_____
Robert Meredith
Attorney for Friedrich, Ursula, Markus, and Alexander Herrling.

/s/ Gerard P. Beimer
_____
Gerard P. Beimer, Defendant.

#70168

```
                                                                    ksj
                    United States District Court
                              for the
                         District of Utah
                         August 31, 1999


             * * MAILING CERTIFICATE OF CLERK * *


Re:  2:98-cv-00422


True and correct copies of the attached were mailed by the clerk to the
following:


     Mr. George M. Haley, Esq.
     HOLME ROBERTS & OWEN LLC
     111 E BROADWAY STE 1100
     SALT LAKE CITY, UT  84111
     JFAX 9,5219639

     Mr. Robert L Stolebarger, Esq.
     HOLME ROBERTS & OWEN LLC
     111 E BROADWAY STE 1100
     SALT LAKE CITY, UT  84111
     JFAX 9,5219639

     Mr. O. Robert Meredith, Esq.
     311 S STATE STE 380
     SALT LAKE CITY, UT  84111
     JFAX 9,5213731

     Mr. Robert B. Lochhead, Esq.
     PARR WADDOUPS BROWN GEE & LOVELESS
     185 S STATE ST STE 1300
     PO BOX 11019
     SALT LAKE CITY, UT  84147
     JFAX 9,5327750
```