FILED
CLERK, U.S. DISTRICT COURT

26 APR '00 PM 2: 48

DIST. OF UTAH

BY:_____
DE_____

U.S. DISTRICT COURT

APR 2 4 2000

RECEIVED CLERK

HOLME ROBERTS & OWEN LLP
George M. Haley, #1302
Robert L. Stolebarger, #3123
Jenniffer Nelson, #7947
111 East Broadway, Suite 1100
Salt Lake City, Utah  84111
Telephone: (801) 521-5800
Facsimile: (801) 521-9639

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

|  |  |
|---|---|
| WILHELM and CHRISTIANE BORNSCHEIN, German citizens, and ERSTE BANK der OSTERREICHISCHEN SPARKASSEN AG, an Austrian corporation, <br><br> Plaintiffs, <br><br> v. <br><br> GERARD PHILLIP BIEMER, a United States citizen; GLOBAL SUPPORT SERVICES, INC., a/k/a GSSUSA, Inc., a Nevada corporation; *nominally* EUROGAS, Inc., a Utah corporation; FRIEDRICH F. HERRLING; URSULA M. GRETE-HERRLING; HORST HENSCHEL; MARKUS HERRLING; ALEXANDER HERRLING; JOHN DOES 1 THROUGH 10; and *In Rem* concerning THOSE CERTAIN SHARES OF STOCK IN EUROGAS, INC., AND/OR PROCEEDS FROM THE SALE OF SAME HELD IN ACCOUNTS NOS. 4310-2232, 4310-2234, 3715-0660, 3715-0658, 1335-1170, 4310-1070, 4288-4721, and 4310-2237 | **ORDER DISMISSING COMPLAINT WITH PREJUDICE** <br><br> Entered on docket <br> 4/27/00 by: <br> Deputy Clerk <br><br> Case No. 2:98CV0422J <br><br> Judge Bruce S. Jenkins |



at CHARLES SCHWAB & CO.     )
                               )
       Defendants.          )
                               )

Based on and subject to the Stipulation of the parties and the Order of this Court approving the Stipulation and for good cause appearing, the Court finds and IT IS HEREBY ORDERED, ADJUGED AND DECREED, that Plaintiff's First Amended Complaint be dismissed with prejudice.

DATED this _26_ day of ~~February~~ April, 2000.

BY THE COURT:

_____
Bruce S. Jenkins
Judge of the United States District Court,
District of Utah

APPROVED AS TO FORM:

HOLME ROBERTS & OWEN

_____
Robert L. Stolebarger
George Haley
Attorneys for Plaintiff

PARR, WADDOUPS, BROWN, GEE
& LOVELESS

_____
Brian Lloyd
Attorneys for Defendant Eurogas, Inc.

#81409 v1
2

alf

United States District Court
for the
District of Utah
April 27, 2000


* * CERTIFICATE OF SERVICE OF CLERK * *


Re:  2:98-cv-00422


True and correct copies of the attached were either mailed or faxed by the
clerk to the following:


        Mr. Robert B. Lochhead, Esq.
        PARR WADDOUPS BROWN GEE & LOVELESS
        185 S STATE ST STE 1300
        PO BOX 11019
        SALT LAKE CITY, UT  84147
        JFAX 9,5327750

        Mr. George M. Haley, Esq.
        HOLME ROBERTS & OWEN LLP
        111 E BROADWAY STE 1100
        SALT LAKE CITY, UT  84111
        JFAX 9,5219639

        Mr. Robert L Stolebarger, Esq.
        HOLME ROBERTS & OWEN LLP
        111 E BROADWAY STE 1100
        SALT LAKE CITY, UT  84111
        JFAX 9,5219639

        Mr. O. Robert Meredith, Esq.
        311 S STATE STE 380
        SALT LAKE CITY, UT  84111
        JFAX 9,5213731